**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| August Image, LLC, a New York limited liability company, | § | |
| | § | Case No. 1:26-cv-3109 |
| *Plaintiff*, | § | |
| | § | |
| v. | § | PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| | § | |
| Capitalism.com, LLC, a Texas limited liability company; and Does 1-10, | § | <u>Jury Trial Demanded</u> |
| | § | |
| *Defendants*. | § | |

**<u>PLAINTIFF'S ORIGINAL COMPLAINT</u>**

Plaintiff August Image, LLC ("**August**"), through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## I. JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant Capitalism.com, LLC because it is organized under the laws of Texas and maintains its principal place of business in Austin, Texas, and because, upon information and belief, it committed the infringing conduct alleged herein in this judicial district.

4. Venue in this judicial district and division is proper under 28 U.S.C. §§ 1391(b)–(c) and 1400(a) because Capitalism.com, LLC resides and may be found in this judicial district, and a substantial part of the acts and omissions giving rise to the claims occurred here. Capitalism.com, LLC maintains its principal place of business in Travis County, Texas, which lies within the Austin Division. *See* 28 U.S.C. § 124(d)(1).

## II. PARTIES

5. Plaintiff August is a New York limited liability company with its principal place of business located in New York, New York. August, a full-service rights managed collection, represents an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing.

6. Defendant Capitalism.com, LLC ("**Capitalism**") is a limited liability company organized and existing under the laws of the state of Texas, with its principal place of business located at 11900 Jollyville Road, Suite 203984, Austin, Texas 78759. Capitalism may be served with summons through its registered agent, Ryan Moran, Inc., at 16325 Lake Loop, Austin, Texas 78734. Capitalism owns, operates, and/or controls the commercial website www.capitalism.com and its related/affiliated subdomains, mobile websites, applications, and social media pages (collectively, "**Capitalism's Website**").

7. Defendants Does 1-10 are other parties not yet identified who infringed the asserted copyright, contributed to the infringement of the asserted copyright, or engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants 1-10 are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

8. At all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to

Plaintiff proximately caused thereby.

## III. CAUSE OF ACTION

### Count One – For Copyright Infringement – Against All Defendants

9. August is the exclusive licensing agent and syndicator for an original photograph registered with the U.S. Copyright Office under Registration No. VAu 1-174-879, with an effective date of registration of June 10, 2014 (the "**Subject Photograph**"), and represents the photographer who created it. Accordingly, August has standing to maintain this action under 17 U.S.C. § 501(b).

10. Following the publication and display of the Subject Photograph, Defendants, and each of them, reproduced and displayed unauthorized copies of the Subject Photograph for commercial purposes on Capitalism's Website without August's authorization (collectively, the "**Accused Posts**"):

| Subject Photograph | Accused Posts |
|---|---|
| <br>AU1303842.jpg<br>VAu 1-174-879 | <br><br>https://www.capitalism.com/oprah-winfrey-net-worth/ |
| | <br>https://www.capitalism.com/wp-content/uploads/2019/12/oprah.jpg |

11. The Accused Posts include the lead image of an article on Capitalism's Website titled "Oprah Winfrey's Net Worth – How She Grew a Media Empire," which Capitalism displayed alongside promotions for its own products and services. Upon information and belief, Defendants uploaded the Subject Photograph to Capitalism's servers after the Subject Photograph was registered, and publicly displayed it on Capitalism's Website. August discovered the Accused Posts in or around April 2024. To the extent Defendants exploited the Subject Photograph more than three years before the filing of this action, August did not know, and had no reason to know, of such exploitation.

12. On April 29, 2024, and again on May 6, 2024, August, through its representative, notified Capitalism in writing of its unauthorized use of the Subject Photograph. On July 1, 2025, August, through counsel, sent Capitalism a written demand to cease and desist. Capitalism confirmed receipt of the April 29, 2024 and July 1, 2025 notices.

13. Each Defendant had access to the Subject Photograph, including through August's and/or the relevant photographer's website(s), profiles, exhibitions, and/or social media accounts; through third-party websites or Internet search engines; and/or because the Accused Posts are verbatim copies of, and thus strikingly similar to, the Subject Photograph.

14. Each Defendant copied, stored, displayed, reproduced, distributed, and/or otherwise exploited the Subject Photograph on Capitalism's Website without August's permission.

15. Due to Defendants' acts of copyright infringement, August suffered damages in an amount to be established at trial, and Defendants obtained profits they would not have realized but for their infringement. As such, August is entitled to disgorgement of Defendants' profits attributable to their infringement in an amount to be established at trial. Alternatively, because the Subject Photograph was registered before Defendants' infringement commenced, August may

elect to recover statutory damages and is entitled to seek its attorneys' fees. 17 U.S.C. §§ 412, 504(c), 505.

16. Each Defendant committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, August's rights in the Subject Photograph, such that said acts of copyright infringement were willful and subject each Defendant to enhanced statutory damages under 17 U.S.C. § 504(c)(2).

## IV. JURY DEMAND

17. Plaintiff demands a jury trial on all issues so triable pursuant to FED. R. CIV. P. 38 and the 7th Amendment to the United States Constitution.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendants, and each of them, as follows:

a. That Defendants, their affiliates, agents, and employees be enjoined from infringing the copyright in the Subject Photograph;

b. That Plaintiff be awarded all Defendants' profits, all Plaintiff's losses, and any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial; or, if elected before final judgment, statutory damages as available under 17 U.S.C. § 504(c);

c. That Plaintiff be awarded its attorneys' fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment and post-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Dated: November 5, 2026

Respectfully Submitted,

By: ______________________________

Robert Cherry, Esq.
State Bar No. 24103780
**DONIGER /BURROUGHS**
6363 Woodway Drive, Suite 700
Houston, Texas 77057
Telephone: (512) 856-4319
Email: rcherry@donigerlawfirm.com
***Attorney for Plaintiff***